**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  )<br>      Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>Jessica Pearl Smith,  )<br>  )<br>      Defendant.  )<br>_____  ) | CR12-08169-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court and admitted to violating her conditions of supervised release as alleged in the Petition to Revoke Supervised Release.

    IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

    IT IS FURTHER ORDERED that, in addition to any period of incarceration previously served, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **NINETY (90) DAYS**

    IT IS RECOMMENDED that the defendant serve her sentence at the Coconino County Jail.

    DATED this 5th day of March, 2013.

_____
Mark E. Aspey
United States Magistrate Judge